CCA. No. WR-77,382-03
Trial Court Case No. 07-393
77,382-03

Sian Schilhab,                                                    3/22/15

        My name is Charles Williams and I'm writing to you because
I'm having a little difficulty with the clerk (Abel Acosta) getting an
update on the status of a Writ of Habeas Corpus. I filed my writ on
April 29, 2013. On May 22, 2013 my application was sent back to the trial
Court for a fact finding hearing, on February 12, 2014 it was remanded back
to the trial court so that it could apply the Court of Criminal Appeals' opinion in
Coty to the facts of my case. The supplemental record was received by the
Court on July 30, 2014. I wrote a change of address letter on January
15 and January 26 of 2015 asking about the status of my case. The Court
clerk sent me a letter to Willacy Unit 1695 s. Buffalo Dr. Raymondville, Tx 78580
dated February 05, 2015 stating my case was denied without written order
on the findings of the trial court on Sept. 17, 2013. I was never notified about the
denial of my Writ. Furthermore I checked on your website www.TxCourts.gov/cca.aspx
and it stated that the CCA had sent a letter to my old address in Matagorda
County dated February 27, 2015. Why send a letter to my old address when
I have been corresponding with the court since the begining of this year. Basically
I'm just trying to find out about the status of my Writ, so I can take the necessary
steps if it has indeed been denied. Thank you for taking the time to check into this
matter for me.

                                        Sincerly

                                        Charles Williams
                                        Charles Williams #1734543
                                        Willacy Unit
                                        1695 s. Buffalo Dr.
                                        Raymondville, TX 78580

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 30 2015

Abel Acosta, Clerk